*Messrs. John D. Morgan* and *Alan M. Jackson* for petitioners in No. 501. *Messrs. Stephen J. Cox* and *Lynn A. Williams* for respondent in No. 501. *Messrs. Lynn A. Williams, Stephen J. Cox, Clifford C. Bradbury,* and *Albert G. McCabe* for petitioner in No. 528. *Mr. Charles E. Townsend* for respondent in No. 528.

No. 524. MARYLAND CASUALTY Co. *v.* JONES. December 10, 1928. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted, but the consideration of the cause shall be limited to the question whether the Circuit Court of Appeals erred in failing to review the rulings of the District Court in the progress of the trial, excepted to at the time and duly presented by a bill of exceptions. *Messrs. Walter L. Clark* and *John Ralph Wilson* for petitioner. *Mr. Nat Schmulowitz* for respondent.

No. 532. CENTRAL NEW ENGLAND RY. Co. *v.* BOSTON & ALBANY R. R. Co. January 2, 1929. Petition for writ of certiorari to the Superior Court for Suffolk County, State of Massachusetts, granted. *Messrs. John L. Hall* and *Marcier Jenckes* for petitioner. *Messrs. Lowell A. Mayberry* and *George H. Fernald, Jr.,* for respondent.

No. 545. STANDARD OIL Co. ET AL. *v.* CITY OF MARYSVILLE ET AL. January 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. Thomas F. Doran, Roy F. Osborn, Earle W. Evans, C. W. Martyn,* and *R. R. Vermillion* for petitioners. *Messrs. Edgar C. Bennett* and *Harry W. Colmery* for respondents.